# BARSHAY|SANDERS PLLC
## ATTORNEYS & COUNSELORS AT LAW

BARSHAY SANDERS PLLC
COUNSELORS AT
LAW 100 GARDEN CITY PLAZA,
SUITE 500 GARDEN CITY, NEW
YORK 11530
T: 516-203-7600
F: 516-281-7601
WWW.BARSHAYSANDERS.COM

May 18, 2016

*__Via ECF__*
Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

        Re:   *Derosa v. CAC Financial Corp.*
                Docket No: 2:16-cv-01472-LDW-SIL

Dear Judge Wexler:

    We represent Plaintiff concerning the above-referenced matter and write to withdraw Plaintiff's request for a pre-motion conference. (*Dkt*. 8). Defendant has filed an Amended Answer (*Dkt*. 9), withdrawing its Second Affirmative Defense, thereby rendering Plaintiff's proposed motion moot.

    Thank you for your attention herein.

                              Respectfully submitted,

                              ***/s David M. Barshay***

                              David M. Barshay

    cc: All parties via ECF system