UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARIAN DEROSA,<br><br>            Plaintiff,<br><br>vs.<br><br>CAC FINANCIAL CORP,<br><br>            Defendant. | Case No.: 2:16-cv-01472-LDW-SIL |

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that the Plaintiff DARIAN DEROSA ("Plaintiff"), will move before the Honorable Leonard D. Wexler, United States District Judge, United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York, 11722, on a date and time to be designated by the Court, and shall then there present the Plaintiff's Motion for Summary Judgment pursuant Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff relies upon the contemporaneously filed Memorandum of Law in Support of Plaintiff's Cross-Motion and in Opposition to Defendant's Motion; the Plaintiff's Rule 56.1 Statement of Material Facts; Plaintiff's Rule 56.1(b) Response to Defendant's Statement of Material Facts; the Declaration of David M. Barshay and all exhibits attached thereto; the Declaration of Darian Derosa and exhibits attached thereto.

Dated: Garden City, New York
       December 30, 2016

**BARSHAY SANDERS, PLLC**

By: _/s/ David M. Barshay_____
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
csanders@barshaysanders.com
*Attorneys for Plaintiff*
Our File No.: 109917

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2016, Plaintiff Notice of Motion, Memorandum of Law in Support of Plaintiff's Cross-Motion and in Opposition to Defendant's Motion, Plaintiff's Rule 56.1 Statement of Material Facts, Plaintiff's Rule 56.1(b) Response to Defendant's Statement of Material Facts, Declaration of David M. Barshay and all exhibits attached thereto, and the Declaration of Darian Derosa and exhibits attached thereto, were served upon the following parties and participants.

Richard J. Perr, Esq.
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628

                                           *s/ David M. Barshay*
                                           David M. Barshay, Esq.