# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARIAN DEROSA,<br><br>                Plaintiff,<br><br>      vs.<br><br>CAC FINANCIAL CORP,<br><br>                Defendant. | Case No.: 2:16-cv-01472-LDW-SIL<br><br>**REPLY DECLARATION OF<br>DAVID M. BARSHAY** |

     DAVID M. BARSHAY, pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury, as follows:

    1. I am a member of the law firm of Barshay Sanders, PLLC, attorneys for Plaintiff Darian Derosa ("Plaintiff"), and submit this Reply Declaration in further support of Plaintiff's Cross-Motion for summary judgment.

    2. A true and complete copy of *Defendant's Responses to Plaintiff's Request for Admissions*, as received by my office, is annexed hereto as "Exhibit 1."

    3. A true and complete copy of *Defendant's Answers to Plaintiff's First Set of Interrogatories*, as received by my office, is annexed hereto as "Exhibit 2."

Dated: Garden City, New York
        February 2, 2017

                                                              Respectfully submitted,

                                                              /s/ *David M. Barshay*
                                                            David M. Barshay, Esquire